The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT WASHINGTON

| | |
|---|---|
| ASHLEY ADAMS, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AT&T MOBILITY, LLC, a Delaware limited liability company, THE HACKER GROUP, INC., a Delaware corporation,<br><br>Defendants. | No. C10-763 RAJ<br><br>STIPULATED MOTION AND PROPOSED ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE HACKER GROUP, INC.<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 11, 2010** |

Pursuant to F.R.C.P. 41(a)(1), Plaintiff Ashley Adams ("Plaintiff") and Defendant The Hacker Group, Inc. ("Defendant THG"), stipulate that Plaintiff's claims against Defendant THG shall be dismissed without prejudice and without cost to any party.

DATED this 11th day of August, 2010.

By    /s/ Clifford A. Cantor
   Clifford A. Cantor, WSBA #17893
Attorneys for Plaintiff Adams, individually
and on behalf of all others similarly situated

LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 868-7870
Email: cacantor@comcast.net

By    /s/ David A. Bateman
   David A. Bateman, WSBA #14262
Attorneys for Defendant
The Hacker Group, Inc.

K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Tel: (206) 682-7580
Fax: (206) 370-6013
Email: david.bateman@klgates.com

STIPULATED MOTION AND PROPOSED
ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT THE HACKER
GROUP, INC. - 1
Case No. C10-763 RAJ

K:\2067499\00002\20332_DAB\20332P24I5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**ORDER**

IT IS SO ORDERED

DATED this _____ day of _____, 2010.

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

By    /s/ David A. Bateman
    David A. Bateman, WSBA #14262
Attorneys for Defendant
The Hacker Group, Inc.
K&L GATES LLP
925 Fourth Ave., Suite 2900
Seattle, WA 98104
Tel: (206) 682-7580
Fax: (206) 370-6013
Email: david.bateman@klgates.com

Approved for entry:

By    /s/ Clifford A. Cantor
    Clifford A. Cantor, WSBA #17893
Attorneys for Plaintiff Adams,
individually and on behalf of all
others similarly situated
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 868-7870
Email: cacantor@comcast.net

STIPULATED MOTION AND PROPOSED
ORDER FOR DISMISSAL WITHOUT
PREJUDICE OF DEFENDANT THE HACKER
GROUP, INC. - 2
Case No. C10-763 RAJ

K:\2067499\00002\20332_DAB\20332P24I5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/ David A. Bateman
        David A. Bateman, WSBA # 14262
        Attorneys for Defendant
        The Hacker Group, Inc.

        K&L Gates LLP
        925 Fourth Ave., Suite 2900
        Seattle, WA 98104-1158
        (206) 623-7580
        (206) 623-7022 (Fax)
        david.bateman@klgates.com

STIPULATED MOTION AND PROPOSED ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE HACKER GROUP, INC. - 3
Case No. C10-763 RAJ

K:\2067499\00002\20332_DAB\20332P24I5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022