# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BONNIE ADAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T MOBILITY, LLC, <br><br> Defendant. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. 10-763RAJ |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT this action is dismissed with prejudice as to Plaintiffs' claims in court, but without prejudice to raising those claims in arbitration.

Dated this 20th day of September, 2011

                                                              WILLIAM M. MCCOOL
                                                              Clerk of Court

                                                              /s Consuelo Ledesma
                                                              Deputy Clerk